# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1–401–596

EFFECTIVE DATE OF REGISTRATION

MAY 7 2007

---

**1. Title of This Work ▼**
BISHAMONTEN BACK

**Nature of This Work ▼**
PICTORIAL TATTOO

Previous or Alternative Titles ▼

Publication as a Contribution...

**2. Name of Author ▼**
a. BLOODROSE ENTERPRISES, INC.

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No

Author's Nationality or Domicile: Citizen of U.S.A.

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

Nature of Authorship:
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

b. Name of Author ▼

**3. Year in Which Creation of This Work Was Completed:** 2002
**Date and Nation of First Publication of This Particular Work:** Month MAY  Day 10  Year 2002  Nation U.S.A.

**4. Copyright Claimant(s)**
BLOODROSE ENTERPRISES, INC.
16 LINCOLN AVE  LAKE RONKONKOMA, NY 11779

APPLICATION RECEIVED MAY – 7 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAY – 7 2007
FUNDS RECEIVED

MORE ON BACK ▶
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY *RB* | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
N/A                                       N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

BLOODROSE ENTERPRISES, INC.
16 LINCOLN AVE LAKE RONKONKOMA, NY 11779

Area code and daytime telephone number ( 631 ) 428-2242         Fax number ( N/A )
Email ZAMGIRL13@AOL.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anthony Zambito                                      Date 4/14/07

Handwritten signature (X) ▼
X *[signature]*

| Certificate will be mailed in window envelope to this address: | Name ▼ BLOODROSE ENTERPRISES, INC. |
|---|---|
| | Number/Street/Apt ▼ 16 LINCOLN AVE |
| | City/State/ZIP ▼ LAKE RONKONKOMA, NY 11779 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full   Rev 07/2006   Print: 07/2006—20,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-330-558/60,125