Michael S. Fischman (MF 7245)
mfischman@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| BLOODROSE ENTERPRISES, INC. | **ECF CASE** |
| Plaintiff, | Docket No. 07 CV 6445 GBD (HP) |
| -against- | **F.R.C.P. 7.1 STATEMENT** |
| CONVERSE, INC., and KINWAY INDUSTRIES (U.S.A.) LTD., | |
| Defendants. | |

---------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bloodrose Enterprises, Inc., (a non-governmental party) certifies that it has ***no*** corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       July 12, 2007

                                   PHILLIPS NIZER LLP

                                   By: <u>s/ Michael S. Fischman</u>
                                   Michael S. Fischman (MF 7245)
                                   Jeremy D. Richardson (JR 7706)
                                   Attorneys for Plaintiff
                                   666 Fifth Avenue
                                   New York, New York 10103-0084
                                   (212) 977-9700

1011783.2