AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Southern District of New York

BLOODROSE ENTERPRISES, INC.

V.

CONVERSE, INC., and
KINWAY INDUSTRIES (U.S.A.) LTD.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 6445**

TO: (Name and address of Defendant)

CONVERSE, INC.
ONE HIGH STREET
NORTH ANDOVER, MA 01845
KINWAY INDUSTRIES (U.S.A.) LTD.
5 WEST 8TH STREET
NEW YORK, NEW YORK 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILLIPS NIZER LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0084
ATTN: MICHAEL FISCHMAN

an answer to the complaint which is served on you with this summons, within _____TWENTY (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUL 1 6 2007

CLERK                                            DATE

*[signature]*

(By) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BLOODROSE ENTERPRISES, INC.,

                Plaintiffs

  - VS -

CONVERSE, INC., and
KINWAY INDUSTRIES (U.S.A.) LTD

                Defendants
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
CASE # 07 CIV 6445

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF RICHMOND  )

        **WAI TAK JOE,** being duly sworn deposes and says, that Deponent is not a party to the action, is over 18 years of age and resides in the State of New Jersey.

        On July 19th, 2007, deponent served a copy of a **Summons in a Civil Action, Complaint and Jury Demand, Judges Rules, and Exhibits A-C** upon Kinway Industries (U.S.A.)) LTD by serving Bill who refused to give me his last name stated to me he is a Sales Associate for Kinway Industries (U.S.A.)) LTD and is authorized to accept service on Kinway Industries (U.S.A.)) LTD behalf.

Name & Description of Party Served
Name:  **Bill**
Sex:    **Male**
Color:  **Asian**
Hair:   **Black**
Approx. Age:     **50-55**
Approx. Height:  **5'5-5'6**
Approx. Weight:  **180-185**
Approx. Time**:**    **12:58 p.m.**

Service Address
**Kinway Industries (U.S.A.) LTD
5 West 8th Street
New York, NY, 10011**

x _____
    WAI TAK JOE
    LIC # 1175449

Sworn to before me this
30th Day of July 2007

_____
Notary Public

JENNIFER LAU
Notary Public, State of New York
No. 01LA6164777
Qualified in Richmond County
Commission Expires April 30, 2011

⬛AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern                    District of                    New York

BLOODROSE ENTERPRISES, INC.

**SUMMONS IN A CIVIL ACTION**

V.

CONVERSE, INC., and
KINWAY INDUSTRIES (U.S.A.) LTD.

CASE NUMBER:

**07 CIV 6445**

TO: (Name and address of Defendant)

CONVERSE, INC.
ONE HIGH STREET
NORTH ANDOVER, MA 01845
KINWAY INDUSTRIES (U.S.A.) LTD.
5 WEST 8TH STREET
NEW YORK, NEW YORK 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILLIPS NIZER LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0084
ATTN: MICHAEL FISCHMAN

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  JUL 1 6 2007
CLERK                                               DATE

*/s/ Marios Quintero*
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | July 20, 2007 |
| NAME OF SERVER (PRINT)  Andrew Jones | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):  Delivered in hand to Heather Ahordini, authorized to accept for Converse, Inc. at One High Street North Andover, MA 01845 at approximately the time of 9:00 Am.

|  | STATEMENT OF SERVICE FEES |  |  |
|---|---|---|---|
| TRAVEL | SERVICES |  | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 20, 2007
            Date            Signature of Server

11 Beacon St. #720 Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.