# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOODROSE ENTERPRISES, INC. | **APPEARANCE** |
| Plaintiff, | Case No.: 07-CV-6445 (GBD) (HP) |
| -v- | |
| CONVERSE, INC., KINWAY INDUSTRIES (U.S.A.) LTD and CORBIS CORPORATION | |
| Defendants. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendant Corbis Corporation.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
      August 23, 2007

**DORSEY & WHITNEY LLP**

By:_____/s/_____
      JEFFREY L. LOOP (JL-9260)
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant
Corbis Corporation