

**DORSEY**
DORSEY & WHITNEY LLP

**JEFFREY L. LOOP**
**(212) 415-9337**
**FAX (212) 953-7201**
**loop.jeffrey@dorsey.com**

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

**AUG 2 9 2007**

**COURTESY COPY**

August 27, 2007

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
Room 630
New York, New York 10007

> Re:    **Bloodrose Enterprises, Inc. v. Converse, Inc., et al., No. 07-CV-6445 (GBD) (HP)**

Your Honor:

We represent Corbis Corporation in the above referenced matter. We write today to request a twenty day extension of time for Corbis to file its Answer in this action. Corbis' Answer is currently due September 4, 2007. If the Court grants this application, Corbis' Answer would be due September 24, 2007. I have conferred with Mr. Fischman, counsel to Plaintiff and can represent to the Court that Plaintiff has consented to our request. This is the first such request by Corbis.

Should Your Honor have any questions or require further information, I am available at Your Honor's convenience.

Respectfully,

DORSEY & WHITNEY LLP

_____/s/_____
Jeffrey L. Loop (JL-9260)

cc:    Michael Fischman, Esq. (via ECF & Email)
       Jeremy Richardson, Esq. (via ECF & Email)