Paul W. Garrity
Matthew D. Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York NY 10178
(212) 808-7800
Attorneys for Defendants/Counterclaimants.
Converse, Inc. and Kinway Industries (U.S.A.), Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOODROSE ENTERPRISES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CONVERSE, INC., KINWAY INDUSTRIES (U.S.A.), LTD., and CORBIS CORPORATION, <br><br> Defendants. | Civil Action No. 07 CV 6445 GBD (HP) <br><br> **RULE 7.1 STATEMENT** |
| CONVERSE, INC. and KINWAY INDUSTRIES (U.S.A.), LTD., <br><br> Counterclaimants, <br><br> -against- <br><br> BLOODROSE ENTERPRISES, INC. <br><br> Counterclaim Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants/Counterclaimants Converse, Inc. ("Converse") and Kinway Industries (U.S.A.), Ltd. ("Kinway") states that Converse is a wholly owned subsidiary of Nike, Inc., a publicly traded corporation, and that Kinway has no parent corporation and that no

NY01/MARCM/1233201.1

publicly held corporation owns more than 10% of Kinway's stock.

Dated: August 31, 2007                                    KELLEY DRYE & WARREN LLP

_____
Paul W. Garrity
Matthew D. Marcotte
101 Park Avenue
New York, NY 10178
(212) 808-7800

Attorneys for Defendants/Counterclaimants.
Converse, Inc. and Kinway Industries
(U.S.A.), Ltd.