

**DORSEY**
DORSEY & WHITNEY LLP

JEFFREY L. LOOP
(212) 415-9337
FAX (212) 953-7201
loop.jeffrey@dorsey.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: SEP 2 0 2007]

September 19, 2007

**SO ORDERED**

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS
SEP 1 9 2007

**VIA FACSIMILE**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007

Re: Bloodrose Enterprises, Inc. v. Converse, Inc., et al., No. 07-CV-6445 (GBD) (

Your Honor:

Defendant Corbis Corporation ("Corbis") hereby requests an extension of time for Corbis to answer the Complaint in this matter. I have conferred with Mr. Richardson, counsel for Plaintiff, and can represent to the Court that Mr. Richardson has consented to this request. The purpose of this extension is to allow time for Corbis and Bloodrose to conclude good faith settlement talks that Corbis and Bloodrose reasonably believe will result in a non-judicial resolution of this matter as between Corbis and Bloodrose.

Corbis' Answer is currently due on Friday, September 21, 2007. Corbis requests a further extension of time of twenty days; should the Court approve this Stipulation, Corbis' Answer would then be due on October 11, 2007.

This is the second request on consent for an extension of time for Corbis to answer

))) DORSEY

Hon. George B. Daniels
September 19, 2007
Page 2

                      Respectfully submitted,

                      DORSEY & WHITNEY LLP

                      Jeffrey L. Loop

cc:    Jeremy Richardson, Esq. (via Facsimile)
        Paul W. Garrity, Esq. (via Facsimile)
        Matthew D. Marcotte, Esq. (via Facsimile)