Jeffrey L. Loop (JL-9260)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant
CORBIS CORPORATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOODROSE ENTERPRISES, INC, <br><br> Plaintiff, <br><br> -*against*- <br><br> CONVERSE, INC., KINWAY INDUSTRIES (U.S.A.), LTD, and CORBIS CORPORATION <br><br> Defendants. | No. 07-CV-6445 (GBD) (HP) <br><br> **RULE 7.1 STATEMENT** |

Defendant Corbis Corporation by its attorneys, Dorsey & Whitney LLP, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

Corbis Corporation is wholly-owned by Corbis Holdings, Inc. Corbis Holdings, Inc. is not a publicly traded company.

                                                      Respectfully submitted,

Dated: October 10, 2007        **DORSEY & WHITNEY LLP**
         New York, New York

                                          By:              /s/
                                            Jeffrey L. Loop (JL-9260)
                                            250 Park Avenue
                                            New York, NY 10177
                                            (212) 415-9200

                                            Attorneys for Defendant
                                            Corbis Corporation