Case 1:07-cv-06445-GBD    Document 9    Filed 08/17/2007    Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Bloodrose Enterprises, Inc.,
                 Plaintiff,       07cv6445(GBD)

-against-                          CIVIL CASE MANAGEMENT
                                             PLAN AND SCHEDULING ORDER
Converse, Inc., Kinway Industries,
(USA), Ltd, Corbis Corporation,
                 Defendant,
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 8 2007

    After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. **No additional parties** may be joined after **January 9, 2008**.

2. No amendment to the pleadings will be permitted after **January 9, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **April 2, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **April 18, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **June 4, 2008 at 9:30 a.m.**.

6. The **Joint Pretrial Order** shall be filed no later than **May 7, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

OCT-16-2007 17:15        PHILLIPS NIZER LLP                    1 212 262 5152      P.03
Case 1:07-cv-06445-GBD    Document 17    Filed 10/18/2007    Page 2 of 2

Case 1:07-cv-06445-GBD    Document 9    Filed 08/17/2007    Page 3 of 3

8. The parties shall be ready for trial on 48 hours notice on or after July 10, 2008. The estimated trial time is ___3___ days, and this is a (jury) ~~(non-jury)~~ trial.

9. The Next Case Management Conference will be held on **March 5, 2008 at 9:30 a.m.**.

Dated: August 17, 2007
New York, New York

OCT 1 8 2007

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS

*/s/ Jeremy D. Richardson*
Jeremy D. Richardson (JR 7706)
Attorney for Plaintiff

*/s/ Paul W. Garrity*
Paul W. Garrity
Attorney for Defendants Converse, Inc. and Kinway Industries, (USA), Ltd.

-2-