Michael S. Fischman (MF 7245)
mfischman@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: OCT 2 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
BLOODROSE ENTERPRISES, INC.          : **ECF CASE**
                                     :
                         Plaintiff,  : Docket No. 07 CV 6445 GBD (HP)
                                     :
          -against-                  : **JOINT STIPULATION AND**
                                     : **REQUEST FOR DISMISSAL OF**
CONVERSE, INC., KINWAY INDUSTRIES    : **CORBIS CORPORATION**
(U.S.A.) LTD., and CORBIS CORPORATION, : [        ] ORDER
                                     :
                         Defendants. :
-----------------------------------------------------------x

   Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff, Bloodrose Enterprises, Inc., hereby dismisses claims with prejudice against Corbis Corporation, one of the defendants hereto, with each party to bear its own costs and expenses.

SO STIPULATED

DATED: 10/24/07, 2007          PHILLIPS NIZER LLP

                               By: _____
                               Michael S. Fischman (MF 7245)
                               Attorneys for Plaintiff

DATED: 10/24/07, 2007          DORSEY & WHITNEY LLP

                               By: _____
                               Jeffrey L. Loop (JL 9260)
                               Attorneys for Defendant
                               Corbis Corporation

1021271.1

**SO STIPULATED IT IS SO ORDERED:**

DATED: OCT 2 6 2007, 2007

_George B. Daniels_
The Honorable George B. Daniels
Judge of the U.S. District Court
Southern District of New York

HON. GEORGE B. DANIELS