# PHILLIPS NIZER LLP

Jeremy D. Richardson
212.641.0541
jrichardson@phillipsnizer.com



666 Fifth Avenue
New York, NY 10103-0084
212 977 9700
Fax 212 262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516 229.9612

45 Essex Street
Hackensack, NJ 07601
201.646.1564
Fax 201 646 1764

www.phillipsnizer.com

January 8, 2008

**By Facsimile**

Hon. George B. Daniels
United States District Judge
U.S. District Court - Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York  10007

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: **Bloodrose Enterprises, Inc. v. Converse, Inc., et al**
  SDNY Case No. 07 CV 6445 (GBD)

Dear Judge Daniels:

We represent the plaintiff, Bloodrose Enterprises, Inc. ("Bloodrose"), in the above matter. We write, with the consent of Defendants' counsel, to request a two-week extension of Bloodrose's time to amend its pleadings and to add additional parties.

Under the existing scheduling order the parties have only until January 9, 2008, to amend pleadings and add parties. On November 16, 2007, Bloodrose served by Federal Express interrogatories upon defendant's (Converse, Inc.) counsel seeking, among other things, the identity of all of Converse's customers. Converse is in the process of assembling that information. Bloodrose will need time after Converse identifies its customers to amend its pleadings in order to name Converse's customers as additional defendants.

Accordingly, we respectfully request that the scheduling order be amended to extend until January 23, 2008, Bloodrose's time to amend its pleadings and to add new defendants.

Respectfully submitted,

*/s/ Jeremy D. Richardson*
Jeremy D. Richardson

JDR:wp
cc:   Paul W. Garrity, Esq.

1030176.1