USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

BLOODROSE ENTERPRISES, INC.

Plaintiff,

-against-

CONVERSE, INC., KINWAY INDUSTRIES
(U.S.A.) LTD., and CORBIS CORPORATION,

Defendants.

-----------------------------------------------------------x

**ECF CASE**

Docket No. 07 CV 6445 GBD (HP)

**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF THE REMAINING DEFENDANTS [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff, Bloodrose Enterprises, Inc., hereby dismisses its claims with prejudice against Converse, Inc., and Kinway Industries (U.S.A.) Ltd., which are the remaining defendants in this action, with each party to bear its own costs and expenses.

SO STIPULATED

DATED: February 21, 2008

PHILLIPS NIZER, LLP

By: _____
Jeremy Richardson (JR 7706)
Attorneys for Plaintiff

DATED: February 21, 2008

KELLEY DRYE & WARREN LLP

By: _____
Paul W. Garrity (PG 3492)
Matthew Marcotte (MM 1530)
Attorneys for Defendants
Converse, Inc.
Kinway Industries (U.S.A.) Ltd.

**SO STIPULATED IT IS SO ORDERED:**

DATED: FEB 2 5 2008, 2008

_____
The Honorable George B. Daniels
HON. GEORGE B. DANIELS
Judge of the United States
Southern District of New York

1034593.1